

MATTHEWS, T.

v.

WINCE, M. & D.

900 MDA 2016

Superior Court of Pennsylvania.

04/13/2017

15 CV 5882 (Lackawanna)

Affirmed

COM.

v.

DUBS, D.

992 MDA 2016

Superior Court of Pennsylvania.

04/13/2017

CP–67–CR–0003057–2015 (York)

Affirmed

COM.

v.

GEHR, D.

1012 MDA 2016

Superior Court of Pennsylvania.

04/13/2017

CP–41–CR–0001010–2015 (Lycoming)

Vacated/Remanded

WILKINS, G.

v.

FALBO, K.

1013 MDA 2016

Superior Court of Pennsylvania.

04/13/2017

2016 CV 3946 (Dauphin)

Affirmed

COM.

v.

MORALES, J.

1097 MDA 2016

Superior Court of Pennsylvania.

04/13/2017

CP–38–CR–0000004–2016 (Lebanon)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

ROSS, J.

1192 MDA 2016

Superior Court of Pennsylvania.

04/13/2017

CP–22–CR–0000996–1997 (Dauphin)

Affirmed

